1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

DENNIS ROBBERS,

8                                              No.  2:17-cv-001158

                          Plaintiff,

9                                              KING COUNTY SUPERIOR COURT
              vs.                              CAUSE NO. 17-2-11206-2 SEA

10

CITY OF SEATTLE, MATHEW                        VERIFICATION OF STATE COURT
11   BLACKBURN and DANIEL AUDERER,             RECORDS

12                        Defendants.

13
14
15
16
17

**VERIFICATION**

18

The undersigned hereby declares the following:

19

1.      The undersigned is counsel for defendant City of Seattle.

20

2.      Pursuant to CR 101(b), attached are true and correct copies of all records and

21

proceedings in the Superior Court of King County, Washington, Cause No. 17-2-11206-2

22

SEA;

23

VERIFICATION OF STATE COURT RECORDS - 1
(No. 2:17-cv-001158)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

| Exhibit | Document |
|---------|----------|
| 1 | Plaintiff's Complaint; |
| 2 | Order Setting Civil Case Schedule; |
| 3. | Case Information Cover Sheet and Case Assignment Designation; |
| 4. | Summons – City of Seattle; |
| 5. | Summons – Mathew Blackburn; |
| 6. | Summons – David Auderer; |
| 7. | Notice of Appearance; and |
| 8. | King County Superior Court Docket, Cause No. 17-2-11206-2 SEA. |

DATED this 31st day of July, 2017.

PETER S. HOLMES
Seattle City Attorney

By:    /s/ Josh Johnson
Josh Johnson, WSBA #33570
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA  98104
Ph:  (206) 386-1099
Fax:  (206) 684-8284
E-mail:  josh.johnson@seattle.gov

*Attorney for Defendants City of Seattle, Matthew Blackburn and Daniel Auderer*

VERIFICATION OF STATE COURT RECORDS - 2
(No. 2:17-cv-001158)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

**CERTIFICATE OF SERVICE**

I certify that on the 31st day of July, 2017, I caused a true and correct copy of this document to be served on the following in the manner indicated below:

| | |
|---|---|
| Marcus G. Long<br>Attorney at Law<br>119 First Ave. S., Ste. 500<br>Seattle, WA  98104<br><br>[Attorney for Plaintiff] | ( X )  U.S. Mail<br>( X )  Via E-mail:<br>Marcuslang2000@gmail.com |

/s/ Kelly Nakata
Kelly Nakata, Legal Assistant
Kelly.Nakata@seattle.gov

VERIFICATION OF STATE COURT RECORDS - 3
(No. 2:17-cv-001158)

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200