UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENNIS ROBBERS,

            Plaintiff,

          v.

CITY OF SEATTLE, MATHEW
BLACKBURN, AND DANIEL
AUDERER,

            Defendants.

Case No. C17-1158RSL

ORDER GRANTING
UNOPPOSED MOTION
TO WITHDRAW

This matter comes before the Court on plaintiff counsel's "Unopposed Motion to Withdraw." Dkt. # 7. Counsel represents plaintiff requested he terminate representation. Counsel further certifies that he has conferred with defense counsel, and that defense counsel does not oppose his withdrawal. The request is GRANTED. The Clerk of Court is directed to terminate Mr. Lang's participation in this case and to include plaintiff's address and phone number to the docket:

Dennis Robbers
c/o Rick Robbers
5540 East SR 302
Belfair, WA 98528
(360) 275-9619

DATED this 29th day of August, 2017.

*MR S Lasnik*

Robert S. Lasnik
United States District Judge