UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENNIS ROBBERS,

     Plaintiff,

  v.

CITY OF SEATTLE, et al.,

     Defendants.

Case No. C17-1158RSL

ORDER TO SHOW CAUSE

On August 14, 2017, the Court issued an order requiring the parties to file a Joint Status Report by September 12, 2017. On September 13, 2017, defendants filed a "Notice Regarding Joint Status Report" indicating that plaintiff had not, contrary to the Court's Order, made any attempt to contact defendants or negotiate a joint report. Nor has plaintiff sought or obtained an extension of time in which to make the required submission. The plaintiff is therefore ORDERED to show cause by Friday, October 13, 2017, why sanctions, including dismissal of the above-captioned case, should not be imposed for his failure to comply with the Order of August 14, 2017. The Clerk is directed to place this Order to Show Cause on the Court's calendar for October 13, 2017.

DATED this 30th day of September, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE