UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
DENNIS ROBBERS,                     )
                                    )   Case No. C17-1158RSL
                Plaintiff,          )
    v.                              )
                                    )   ORDER OF DISMISSAL
CITY OF SEATTLE, et al.,            )
                                    )
                Defendants.         )
_____ )

On August 14, 2017, the Court issued an order requiring the parties to file a Joint Status Report by September 12, 2017, (Dkt. # 6). On September 13, 2017, defendants' filed a "Notice Regarding Joint Status Report," (Dkt. #9), indicating that plaintiff had not, contrary to the Court's Order, made any attempt to contact defendants or negotiate a joint report. On September 28, 2017, an Order to Show Cause was issued, (Dkt. # 12). Plaintiff was specifically ordered to show cause why sanctions, including dismissal of the above-captioned matter, should not be imposed for the failure to comply with the Court's joint status report order. Plaintiff again failed to respond or otherwise take part in this litigation.

The above-captioned matter is hereby DISMISSED without prejudice for failure to comply with the orders of this Court.

ORDER OF DISMISSAL

DATED this 19th day of October, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge